IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Aztec Oil & Gas, Inc., *et al.* | § | CASE NO.   16-31895-H2-11 |
|     DEBTOR | § | *Jointly Administered* |
| | § | |
| AZTEC OIL & GAS, INC., *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | ADVERSARY NO. 16-3107 |
| | § | |
| FRANK FISHER, JR., *et al.* | § | |
|     Defendants. | § | |

## STATEMENT

Pursuant to FED. R. BANKR. P. 9027(e), Franklin Fisher, Jr. ("Fisher"), and Livingston Growth Fund Trust ("Livingston") provide the following Statement to the Court:

1. Fisher and Livingston deny that this is a core proceeding.
2. Fisher and Livingston consent to the entry of final orders by the Bankruptcy Court.

Dated: July 6, 2016.

Respectfully submitted,

By: /s/Johnie Patterson

Johnie Patterson
SBN #15601700
ATTORNEY FOR FISHER AND LIVINGSTON GROWTH FUND TRUST

OF COUNSEL:
WALKER & PATTERSON, P.C.
P.O. Box 61301
Houston, TX 77208-1301
(713)956-5577 Phone
(713)956-5570 Fax

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Statement* was served by electronic transmission upon Ms. Kristin Rhame, counsel for Defendant, on July 6, 2016.

/s/Johnie Patterson
Johnie Patterson