**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| AZTEC OIL & GAS, INC. and | § | Case No. 16-31895 |
| AZTEC ENERGY, LLC, et al., | § | |
| | § | |
| *Debtors.* | § | Jointly Administered |

| | | |
|---|---|---|
| AZTEC OIL & GAS, INC. and | § | |
| AZTEC ENERGY, LLC, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| vs. | § | |
| | § | |
| FRANK FISHER, ROBERT SONFIELD | § | |
| L. MYCHAL JEFFERSON, II., | § | Adv. Proc. No. 16-03107 |
| LIVINGSTON GROWTH FUND | § | |
| TRUST, and INTERNATIONAL | § | |
| FLUID DYNAMICS, | § | |
| | § | |
| *Defendants,* | § | |
| | § | |
| vs. | § | |
| | § | |
| JEREMY DRIVER, DR. KENNETH | § | |
| LEHRER and MARK VANCE, | § | |
| | § | |
| *Third Party Defendants.* | § | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD**

TO THE HONORABLE JUDGE DAVID JONES
UNITED STATES BANKRUPTCY JUDGE:

      COMES NOW, the law firm of Christian, Smith & Jewell, LLP ("CSJ"), attorney of record for Aztec Oil & Gas, Inc. and three of its directors - Third-Party Defendants Jeremy Driver, Dr. Kenneth Lehrer and Mark Vance (collectively the "Third-Party Defendants") - in the above captioned adversary proceeding and files this motion to withdraw as counsel for the Third-Party Defendants as follows:

1.      Although they are not parties to the bankruptcy, Directors Jeremy Driver, Dr. Kenneth Lehrer and Mark Vance are presently third-party defendants in the above-referenced adversary proceeding.  Pursuant to a previously filed motion to disqualify CSJ and the Court's gracious guidance, the Third-Party Defendants agreed to find (and have already engaged) new counsel.

2.      As such, CSJ seeks to withdraw as counsel for the Third-Party Defendants in the above referenced adversary proceeding.  CSJ will continue to represent the Debtor and its affiliates.

3.      The Third-Party Defendants have chosen new counsel, which will prevent any possible delay to the Court or Debtor. New counsel for the Third-Party Defendants, Beck | Redden, LLP, has stated to CSJ that Mr. Alistair Dawson will file an appearance on behalf of the Third-Party Defendants and appeared on their behalf at the July 20, 2016 hearing.

4.      Although the Third-Party Defendants expressly consent to this withdrawal, notice of this motion will be provided to each them as follows:

>   Mr. Jeremy Driver - via e-mail at *jeremy@aztecog.com*
>   Dr. Kenneth Lehrer - via e-mail at *drken@lehecoserv.com*
>   Mr. Mark Vance - via e-mail at *markvance11@yahoo.com*

and to new counsel as follows:

>   Mr. Alistair Dawson
>   Beck Redden LLP
>   1221 McKinney St., Suite 4500
>   Houston, TX 77010
>
>   - and via email to adawson@beckredden.com

5.      Therefore, the law firm of Christian, Smith & Jewell, LLP is voluntarily withdrawing as counsel for the Third-Party Defendants, and Gary M. Jewell and Kristin N. Rhame are withdrawing as attorneys-in-charge and counsel of record.

WHEREFORE, PREMISES CONSIDERED, Movant Christian, Smith & Jewell, LLP,

the attorney of record for the Third-Party Defendants respectfully request that this Court enter an Order allowing CSJ to withdraw as counsel of record and Gary M. Jewell and Kristin N. Rhame as attorney-in-charge, and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

**CHRISTIAN, SMITH & JEWELL, L.L.P.**

By: */s/ Gary M. Jewell*
  GARY M. JEWELL
  Texas Bar No. 10664800
  gjewell@csj-law.com
  KRISTIN N. RHAME
  Texas Bar No. 24060794
  2302 Fannin, Ste. 500
  Houston, Texas 77002
  Telephone: (713) 659-7617
  Facsimile: (713) 659-7641

**ATTORNEYS FOR PLAINTIFFS
AZTEC OIL & GAS, INC. and
AZTEC ENERGY, LLC**

### CERTIFICATE OF CONFERENCE

I hereby certify that on this the 19th day of July, 2016, I communicated with Mr. Johnie Patterson vie e-mail and he stated that he was not opposed.

By: */s/ Gary M. Jewell*
  GARY M. JEWELL

### CERTIFICATE OF SERVICE

I hereby certify that on this the 20th day of July, 2016 that a true and correct copy of the foregoing was served via electronic mail to all parties requesting ECF Notice.

By: */s/ Gary M. Jewell*
  GARY M. JEWELL